918

Napoleon R. SUDDUTH

v.

UNITED STATES of America.

No. 7351.

United States Court of Appeals
Tenth Circuit.

May 16, 1963.

John E. Royston, Kansas City, Kan., for appellant.

Benjamin E. Franklin, Asst. U. S. Atty., Topeka, Kan., for appellee.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Docketed and dismissed May 16, 1963, on motion of appellee, for failure to prosecute.

The TRAVELERS INDEMNITY COMPANY (a corporation)

v.

UNITED STATES of America.

No. 7288.

United States Court of Appeals
Tenth Circuit.

May 28, 1963.

Joseph F. Maier, Torrington, Wyo., for appellant.

Robert N. Chaffin, U. S. Atty., Cheyenne, Wyo., for appellee.

Before PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Dismissed May 28, 1963, pursuant to stipulation of the parties.

UNITED STATES of America

v.

Curtis ABBEY et al.

No. 7394.

United States Court of Appeals
Tenth Circuit.

Aug. 8, 1963.

Newell A. George, U. S. Atty., and Ronald K. Badger, Asst. U. S. Atty., Topeka, Kan., for appellant.

L. R. Hannen, Burlington, Kan., for appellees.

Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Appeal dismissed August 8, 1963, on joint motion of the parties.

Mark VAUGHN

v.

McKISSICK PRODUCTS CORPORATION et al.

No. 7340.

United States Court of Appeals
Tenth Circuit.

May 15, 1963.

Willard F. Kitts, Albuquerque, N. M., for appellant.

Jackson G. Akin, Albuquerque, N. M., and Hall & Sublett, Tulsa, Okl., for appellees.

Before MURRAH, Chief Judge, and LEWIS, Circuit Judge.

PER CURIAM.

Appeal dismissed May 15, 1963, pursuant to stipulation of the parties.